IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| Robert Burrows, | C.A. No.: 8:18-cv-00334-DCC |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT ORDER AMENDING THE SPECIALIZED CASE MANAGEMENT ORDER** |
| BlueCross BlueShield of Illinois, | |
| Defendant. | |

This matter is before the Court by way of the parties' request to extend the deadlines set forth in the Court's Specialized Case Management Order filed on April 6, 2018. This matter is not currently on the Court's Trial Roster and, therefore, an extension of time will not impede the Court's progress in this case. The parties have asked for an additional thirty (30) days to comply with the deadlines in the Specialized Case Management Order.

Accordingly, the deadlines in the Specialized Case Management Order for this case are hereby extended thirty (30) days from their original deadlines.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the deadlines in the Specialized Case Management Order dated April 6, 2018 are hereby extended thirty (30) days.

**IT IS SO ORDERED.**

s/Donald C. Coggins, Jr.
The Honorable Donald C. Coggins, Jr.
U.S. District Judge

May 18, 2018
Spartanburg, South Carolina

I SO MOVE,

s/ J. D. Quattlebaum
J. Derrick Quattlebaum, Fed. ID #05252
Haynsworth Sinkler Boyd, P.A.
One North Main Street, 2nd Floor
Greenville, SC 29601
Telephone: 864.240.3249
Facsimile: 864.240.3300
dquattlebaum@hsblawfirm.com

Martin J. Bishop (*admitted pro hac vice*)
Brian F. Hendricks (*admitted pro hac vice*)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312.207.1000
Facsimile: 312.207.6400
mbishop@reedsmith.com
bhendricks@reedsmith.com

*Attorneys for Defendant*

Dated: 05/17/2018
Greenville, South Carolina


I CONSENT:


s/ Ryan P. Alderson
Ryan P. Alderson, Fed. ID No. 12693
THE FOSTER LAW FIRM, LLC
601 McBee Avenue, Suite 104
P. O. Box 2123
Greenville, SC 29602
Tel: 864.242.6200
Fax: 864.233.0290

ATTORNEYS FOR PLAINTIFF

Dated: 05/17/2018
Greenville, South Carolina